IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| THE QUAKER OATS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-153 LRR |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| COPERION CORPORATION, as a | ) | |
| successor in interest to Krupp Werner & | ) | |
| Pfleiderer Corporation, et al. | ) | |
| | ) | |
| Defendants. | ) | |

❏ **_DECISION BY COURT_**: This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That pursuant to Order of 4/4/06,

> Plaintiff take nothing and this action is dismissed without prejudice.
> Defendants shall recover from plaintiff their costs of action.

| | |
|---|---|
| Dated: April 4, 2006 | PRIDGEN J. WATKINS  <br>Clerk  <br>  <br>_/s/  Mary Jehle  <br>(By)  Deputy Clerk |